# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. DILLON JAMES WIPPERT**          Case No.   2:21-MJ-516-JAG-1

**Rule 5 Initial Appearance on Indictment:**                                        11/02/2021

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Michael Ellis, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Kathryn Lucido, Defense Atty |
| ☒ | Defendant present in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | Conditions of Release Imposed | ☐ | Pre-Trial Services Report ordered |
| ☐ | 199C Advice of Penalties/Sanctions | ☒ | Waiver of Rule 5 Hearings filed |
| ☐ | Ordered Release on Personal Recognizance; 199C Not Required | ☒ | Court Ordered Removal to Charging District |

## REMARKS

Defendant appeared, in custody, with counsel, and acknowledged to the Court that his true and correct name is DILLON JAMES WIPPERT.

Defendant was advised of his rights and the allegations contained in the Indictment from the District of Montana, Great Falls Division.

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant while in this district.

Government has filed a motion for detention.

Defendant waived further hearings in this district.

**The Court ordered:**
1. Government's motion for detention **granted**.
2. REMOVAL of Defendant to the charging district.
3. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| | |
|---|---|
| **Identity Hrg:** | *Waived by Defendant* |
| **Detention Hrg:** | *Waived by Defendant*; USA's Motion for Detention is **granted**. |

| **Preliminary Hrg:** | *Does Not Apply* |
|---|---|
| **Appearance Date in Charging District (Subject to Release):** | *Does Not Apply Defendant Detained and to be transported to district* <br> 11/16/2021 @ 1:30 p.m. before Judge John T. Johnston <br> Missouri River Courthouse, 125 Central Ave. W., Great Falls, MT 59404 |
| **Rule 5 Removal Hrg (Subject to Release):** | *Does Not Apply* |